# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANPING HUANG,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>CHRISTOPHER LAROSE; et al.,<br><br>　　　　Respondents. | Case No.: 25-cv-03670-GPC-SBC<br><br>**ORDER ON JOINT MOTION TO DISMISS**<br><br>[ECF No. 8] |

　　　Having considered the parties' Joint Motion to Dismiss, ECF No. 8, and finding good cause therefor, the Joint Motion is hereby **GRANTED**. The Clerk of the Court is directed to close this case.

　　　It is **SO ORDERED.**

Dated:  January 5, 2026

　　　　　　　　　　　　　　　　　　　　Hon. Gonzalo P. Curiel
　　　　　　　　　　　　　　　　　　　　United States District Judge